■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR LLERAS, Appellant. [32 NYS3d 510]—Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered January 7, 2015, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions on appeal relate to his pretrial suppression motion. However, by pleading guilty before the County Court rendered a decision on his suppression motion, the defendant forfeited his right to appellate review of his contentions relating to that motion (*see People v Fernandez*, 67 NY2d 686, 688 [1986]; *People v Russell*, 128 AD3d 1383, 1384 [2015]; *People v Rodriguez*, 118 AD3d 1182 [2014]; *People v Barton*, 113 AD3d 927, 928 [2014]; *People v Carter*, 304 AD2d 771 [2003]). Chambers, J.P., Hall, Austin and LaSalle, JJ., concur.